IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TOBIAS N. RUSH,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN CROWTHER et al.,<br><br>    Respondents. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:17-CV-517-JNP<br><br>District Judge Jill N. Parrish |

  Petitioner, Tobias N. Rush, filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254. Reviewing it in an Order dated February 13, 2018, the court determined it was deficient for a variety of reasons. The court then gave Petitioner directions for curing the deficiencies, sent him a Pro Se Litigant Guide, with a blank-form habeas corpus petition, and ordered him to cure the deficiencies within thirty days. Petitioner did not comply.

  Therefore, on May 25, 2018, the court ordered Petitioner to within thirty days show cause why his petition should not be dismissed. The court reiterated its prior guidance for curing the deficiencies and sent Petitioner more forms and information to help him file an amended petition. Over four months later, the court has not heard from Petitioner.

**IT IS THEREFORE ORDERED** that--because of Petitioner's failure to comply with the Court's Order and to prosecute his case--the action is **DISMISSED WITHOUT PREJUDICE**. This action is **CLOSED**.

DATED October 2, 2018.

BY THE COURT:

*Jill N. Parrish*

JUDGE JILL N. PARRISH
United States District Court